1  SEYFARTH SHAW LLP
   Diana Tabacopoulos (SBN 128238)
2  dtabacopoulos@seyfarth.com
   2029 Century Park East, Suite 3500
3  Los Angeles, California 90067-3021
   Telephone: (310) 277-7200
4  Facsimile: (310) 201-5219

5  Attorneys for Defendants
   Thomson Reuters America Corporation and
6  Reuters America LLC

7

8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11

| PHILLIP FUREY, an individual, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THOMSON REUTERS AMERICA CORPORATION; REUTERS AMERICA LLC; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. 4:15-CV-04633-KAW<br><br>[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO ENLARGE TIME AS MODIFIED<br><br><br><br>Dkt. No. 28 |
|---|---|

The Court having considered the unopposed motion of Defendants Thomson Reuters America Corporation and Reuters America LLC ("Defendants"), the papers filed in support thereof and the arguments of counsel, and being fully advised, and the matter having been submitted to the court for decision, with good cause appearing therefor, **HEREBY ORDERS AS FOLLOWS**:

　　1.　Defendants' responses and objections to Plaintiff's discovery requests dated February 9, 2016, shall be served by April 20, 2016; and

---

[PROPOSED] ORDER GRANTING MOTION TO ENLARGE TIME
Furey v. Thomson Reuters America Corp., et al., 4:15-CV-04633-KAW

25367067v.1

2. Limited discovery regarding Defendants' motion to transfer venue as set forth in the Court's Order dated February 8, 2016 (ECF No. 25) shall be completed by May **31**, 2016.

3. The case management conference scheduled for May 17, 2016 is continued to June 21, 2016. A joint case management conference statement is due on or before June 14, 2016.

Going forward, the parties are expected to comply with the Northern District Guidelines for Professional Conduct, including Paragraph 10(b), which provides that "[a] lawyer should not engage in conduct that forces opposing counsel to file a motion that he or she does not intend to oppose."

IT IS SO ORDERED.

Dated:   March 29, 2016

_____
Honorable Kandis A. Westmore
United States Magistrate Judge