**LAW OFFICES OF C. JOE SAYAS, JR.**
C. JOE SAYAS, JR. (Bar No. 122397)
KARL P. EVANGELISTA (Bar No. 250685)
500 N. Brand Boulevard, Suite 980
Glendale, California  91203
Telephone: (818) 291-0088
Facsimile: (818) 240-9955

Alvin M. Gomez, Esq.   (SBN: 137818)
**GOMEZ LAW GROUP**
853 Camino Del Mar, #100
Del Mar, California  92014
Telephone: (858) 552-0000
Facsimile: (858)552-8505

Attorneys for Plaintiff Phillip Furey

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP FUREY, an individual, on behalf of himself and others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> THOMSON REUTERS AMERICA CORPORATION; REUTERS AMERICA LLC; and DOES 1 TO 100, inclusive, <br><br> Defendants. | Case No.: 4:15-CV-04633-KAW <br><br> **HON. KANDIS A. WESTMORE** <br><br> **STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL OF DEFENDANT THOMSON REUTERS AMERICA CORPORATION** <br><br> Action Filed:   October 6, 2015 |

TO THE HONORABLE COURT:

    IT IS HEREBY STIPULATED by and between the parties to this action, through their respective counsel of record, and pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, that:

    Defendant THOMSON REUTERS AMERICA CORPORATION (and <u>only</u> Defendant Thomson Reuters America Corporation) be, and hereby is, dismissed from the above-entitled action.

// // // //

// // // //

STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT THOMSON REUTERS AMERICA CORPORATION

Dated:  December 12, 2016      **LAW OFFICES OF C. JOE SAYAS, JR.**

    **GOMEZ LAW GROUP**

By:   */s/ C. Joe Sayas, Jr.*
       C. JOE SAYAS, JR.
       KARL P. EVANGELISTA
       Attorneys for Plaintiff Phillip Furey

Dated: December 12, 2016      **SEYFARTH SHAW LLP**

By:   */s/ Diana Tabacopoulos*
       DIANA TABACOPOULOS
       Attorneys for Defendants Thomson Reuters
       America Corporation and Reuters America LLC

STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT THOMSON REUTERS AMERICA CORPORATION

- 1 -

[PROPOSED] ORDER GRANTING STIPULATION FOR VOLUNTARY DISMISSAL

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and by stipulation of the parties in the above-entitled action, and in the interests of justice and judicial economy, it is hereby ORDERED:

Plaintiff PHILLIP FUREY voluntarily dismisses Defendant THOMSON REUTERS AMERICA CORPORATION (and only Defendant Thomson Reuters America Corporation) from the above-entitled action.

Dated: 12/16/16

HON. KANDIS A. WESTMORE
United States Magistrate Judge

- 1 -

STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT THOMSON REUTERS AMERICA CORPORATION